IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULETTE LANDERS-BOSTON, | No. C 13-3804 CW |
| Plaintiff, | ORDER REGARDING CASE SCHEDULING |
| v. | |
| MICHAEL CALLICOTTE and JEFFERY CALLICOTTE, | |
| Defendants. | |

Both parties in this case asserting a denial of a right of access under the Americans with Disabilities Act have requested a new scheduling order. The Court hereby orders the parties to meet and confer and to submit a stipulated proposed scheduling order within ten days of the date of this order. If the parties are unable to reach agreement on a proposed scheduling order, each party shall submit its own proposal within ten days of the date of this order.

IT IS SO ORDERED.

Dated: 9/18/2014

CLAUDIA WILKEN
United States District Judge