IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULETTE LANDERS-BOSTON,

    Plaintiff,

  v.

MICHAEL CALLICOTTE and JEFFERY CALLICOTTE,

    Defendants.
_____/

No. C 13-3804 CW

ORDER DENYING STIPULATION AND SETTING CASE SCHEDULE

Pursuant to the Court's September 18, 2014 order, the parties have filed a stipulated proposed scheduling order. Because the proposed scheduling order does not comply with General Order 56, the Court declines to enter the proposed scheduling order and, instead, sets the following schedule:

| Date | Event |
| --- | --- |
| 1/6/2015 | Last day for parties to complete initial disclosures, including Defendant's disclosure re: construction or alteration history of subject premises |
| 1/13/2015 | Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement |
| 28 days after Joint Site Inspection | Last day for parties to meet and confer in person to discuss settlement |
| 42 days after Joint Site Inspection | Last day for Plaintiff to file "Notice of Need for Mediation" |
| 7 days after mediation | Last day for Plaintiff to file Motion for Administrative Relief Requesting Case Management Conference |

All other discovery and proceedings are stayed.  <u>See</u> General Order 56, ¶ 2.

    IT IS SO ORDERED.

Dated: October 1, 2014

CLAUDIA WILKEN
United States District Judge